455 A.2d 196

Commonwealth v. Stevens, Appellant.

Submitted September 20, 1982. Harold E. Powell, Jr., for appellant; Michael Johnston, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Judgment of sentence affirmed.